UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

Case No.:

PACIFIC FOOD SOLUTIONS, LLC,

    Plaintiff,

6:14-cv-327-Orl-28GJK

v.

G H INTERNATIONAL, INC.

    Defendant.
_____/

## COMPLAINT

Plaintiff, PACIFIC FOOD SOLUTIONS, LLC, ("PACIFIC"), by and through its undersigned counsel, files this Complaint against Defendant, G H INTERNATIONAL INC. ("GHI"), and states:

## THE PARTIES

1. Plaintiff is an Indiana limited liability company with its principal place of business at 12304 E. 196th Street, Noblesville, Indiana, 46060.

2. The members of PACIFIC, and their respective states of residence/domicile are as follows:   Chris J. Lyden - Washington;   Kimberly C. Mace - Indiana;   Kelly L. Burrow - Indiana;  Liza Kamps - Oregon;  Joel Kamps - Oregon;  David Schacht - Indiana;  Susan Schacht - Indiana;  Canterbury Partnersm LLC - Indiana;  McCormack Equity Holdings, LLC - Indiana; and Emerald Holdings, LLC - Indiana.

3. Defendant GHI is a Florida corporation with its principal place of business in Melbourne, Florida.

## JURISDICTION AND VENUE

4. This action arises out of a breach of contract concerning an amount in excess of $75,000.00.

5. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(i), as it arises between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

## BACKGROUND FACTS

6. On or about August 16, 2013, the parties entered into a Memorandum of Understanding ("MOU"), whereby GHI was to provide services to PACIFIC in connection with securing a loan or financing package.

7. Pursuant to the terms of the MOU, PACIFIC paid to GHI a deposit in the sum of $125,000.00.

8. The express terms of the MOU required GHI to return the above deposit to PACIFIC in the event the loan contemplated by the MOU was not funded within sixty (60) days after August 16, 2013.

9. The loan contemplated by the MOU was not funded within the sixty (60) day period, and GHI did little, if anything, to discharge its duties under the MOU.

10. After the passage of sixty-eight (68) days from payment of the deposit specified in the MOU, PACIFIC demanded the immediate return of the $125,000.00 deposit, all in accordance with the MOU.

11. Despite the written demand, and at least twenty (20) other written, electronic and/or telephonic attempts to make contact with GHI and/or its principal, Joseph Harthstorne, no response was forthcoming.

## COUNT I - BREACH OF CONTRACT

PACIFIC repeats and realleges paragraphs 1 through 11 as if fully set forth herein.

12. A valid and binding contract exists between the parties in the form of the MOU dated August 16, 2013.

13. PACIFIC performed and/or discharged all of its duties under the MOU, and did not in any way, breach the contract.

14. GHI failed to discharge its duties under the contract and, in addition, failed to return the $125,000.00 deposit as required by the express terms of the contract.

15. As a result of GHI's breach of the contract, PACIFIC has been damaged in the sum of $125,000.00, together with all costs associated with the collection of same.

WHEREFORE, PACIFIC FOOD SOLUTIONS, LLC, respectfully requests that this Court enter a Judgment in its favor against Defendant, G H International, Inc. in the principal sum of $125,000.00, together with all costs, prejudgment interest and any and all other appropriate relief that this Court deems just and proper.

Dated: February 25, 2014

By: s/HEIDI M. ROTH, ESQUIRE
Trial Counsel for PACIFIC
Florida Bar No.: 356034
HEIDI M. ROTH, P.A.
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida  33134
Telephone: (305) 445-8840
Telecopier: (305) 446-7566
Primary email: heidirothpa@aol.com