# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PACIFIC FOOD SOLUTIONS, LLC,**

**Plaintiff,**

**v.**                                              **Case No:   6:14-cv-327-Orl-41GJK**

**G H INTERNATIONAL, INC.,**

**Defendant.**

_____

## ORDER

This cause is before the Court on the Motion for Final Default Judgment (Doc. No. 14) filed on June 10, 2014. The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.        The Report and Recommendation filed June 26, 2014 (Doc. No. 15), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.        The Motion for Final Default Judgment (Doc. No. 14) is hereby **GRANTED in part** and **DENIED in part**.  The motion is **GRANTED** to the extent that judgment shall be entered as set forth below and is otherwise **DENIED**.

3.        The Clerk is directed to enter a judgment in favor of Plaintiff in the amount of $125,000.00, which shall accrue interest at the legal rate from the date of judgment.  Costs of $455.00 shall also be taxed against Defendant.

4.        After entering judgment, the Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 29, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties